IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR352 |
| ) | |
| MICHAEL B. MUEGGENBERG, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [13] filed by the defendant is rescheduled to **December 9, 2005** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 30th day of November, 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge