IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:05CR352 |
| MICHAEL B. MUEGGENBERG, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Before the Court is the Motion to Continue Change of Plea Date [29] by the defendant due to conflicts's of counsel's schedule.   Good cause being shown, the motion will be granted and the change of plea will be continued.

    IT IS ORDERED:

    1.    That the defendant's Motion to Continue Change of Plea [29] is granted; and

    2    That the Change of Plea hearing is continued to **June 22, 2006** at **10:30 a.m.** before  Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **June 13, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 16th day of June, 2006.

                BY THE COURT:

                s/ F.A. Gossett
                United States Magistrate Judge