IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR352** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL B. MUEGGENBERG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline for filing objections to the Presentence Investigation Report ("PSR") (Filing No. 41).

Defense counsel states that the deadline was August 11, 2006, for filing objections. He asks to have until August 25, 2006, for the reason that "additional time is required to allow counsel to ascertain whether there are any viable objections." (Filing No. 41.) The motion to extend the deadline was filed on August 14, 2006.

The Order on Sentencing Schedule provides that the deadline for communicating objections to the PSR to the probation officer was August 7, 2006. (Filing No. 33, ¶ 4.) The final version of the PSR is due to the Judge and counsel on August 17, 2006. (*Id.*, ¶ 5.) Remaining objections are due to be filed on August 24, 2006. (*Id.*, ¶ 6.)

It appears that counsel asks to adjust the August 7, 2006, deadline for communicating objections to the probation officer rather than the August 24, 2006, deadline for "filing" objections with the Court. The motion was filed 7 days after the August 7, 2006, deadline passed. The motion fails to state good cause for the request. The Court requires strict adherence to the Order on Sentencing Schedule, absent a timely filed motion stating good cause for a continuance.

IT IS ORDERED that the Defendant's motion to extend the deadline for filing objections to the Presentence Investigation Report ("PSR") (Filing No. 41) is denied.

DATED this 15th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge