**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR352** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHAEL B. MUEGGENBERG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the United States Bureau of Prisons expedite the Defendant's designation.

DATED this 20th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge