IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>MICHAEL B. MUEGGENBERG, )<br> )<br>      Defendant. ) | CASE NO. 8:05CR352<br><br>AMENDED ORDER |

This matter is before the Court on its own motion.

IT IS ORDERED:

1.   The United States Bureau of Prisons shall expedite the Defendant's designation; and

2.   The Defendant shall surrender as soon as reasonably possible.

DATED this 22nd day of September, 2006.

                              BY THE COURT:

                              S/ Laurie Smith Camp
                              United States District Judge