IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR352** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHAEL MUEGGENBERG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date to no earlier than December 18, 2006 (Filing No. 53). The Assistant United States Attorney represented that she opposes the motion. The Court has discussed the matter with the supervising U.S. Pretrial Services officer.

IT IS ORDERED that the Defendant's motion to extend his self surrender date (Filing No. 53) is denied.

DATED this 24th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge